IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY B. MOORE                                                                                    PLAINTIFF

V.                                           NO. 4:07CV01157 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 3rd day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE